IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHERLINE JEAN-LOUIS, § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § <br> AMERIFINANCIAL SOLUTIONS, § <br> LLC, § <br> § <br> *Defendant*. § | Case No. 3:22-cv-01037-C |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Unopposed Motion of Defendant, AmeriFinancial Solutions, LLC, for Leave to Proceed Without Local Counsel. Having considered the Unopposed Motion, the Court finds that the Unopposed Motion should be and is hereby **GRANTED**. Defendant, AmeriFinancial Solutions, LLC, is exempted from the Northern District of Texas's Local Counsel Requirement. L.R. 83.10(a).

**SO ORDERED** on this ___ day of July, 2022.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE