IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHERLINE JEAN-LOUIS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-1037-L** |
| § | |
| **AMERIFINANCIAL SOLUTIONS, LLC,** § | |
| § | |
| § | |
| Defendant. § | |

# JUDGMENT

The court issues this judgment pursuant to its memorandum opinion and order of July 23, 2024. It is, therefore, **ordered, adjudged, and decreed** that this action and Plaintiff Sherline Jean-Louis's ("Plaintiff") claims against Defendant Amerifinancial Solutions, LLC under the Federal Debt Collection Practices Act and Texas Debt Collection Act are **dismissed without prejudice** for lack of subject matter jurisdiction; and that all allowable and reasonable costs are taxed against Plaintiff.

**Signed** this 23rd day of July, 2024.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**